FILED
SUPERIOR COURT
OF GUAM

2020 DEC 23 AM 10: 45

CLERK OF COURT

By:_____

**IN THE SUPERIOR COURT OF GUAM**

PEOPLE OF GUAM,

                       Plaintiff,

        v.

BRIAN JOSEPH EDGAR,
DOB: 03/01/1985

                   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Criminal Case No. CF0271-15**
GPD Report No. 15-12149


**DECISION AND ORDER
GRANTING REVOCATION OF
PROBATION**

       This matter came before the Honorable Alberto C. Lamorena, III on June 30, 2017 for further proceedings in the above captioned matter related to Brian Joseph Edgar's (Defendant's") Plea Agreement in CF0680-16 and the Adult Probation Office's Informational Report. Defendant is represented by Assistant Public Defender Ali N. Nusbaum and the People of Guam are represented by the Office of the Attorney General.

       During the hearing, the Court recognized that Defendant took a Plea Agreement in CF0680-16 whereby Defendant agreed to have his probation revoked in the above-mentioned matter. See People v. Edgar, Case No. CF0680-16, Plea Agreement (Feb. 16, 2017). Having accepted the Plea Agreement in CF0680-16, the Court revoked Defendant's probation and sentenced Defendant to one (1) year incarceration. See Order After Hearing (Sep. 15, 2017). The Court now issues this written decision memorializing its ruling.

**IT IS SO ORDERED** on this _____DEC 2 2 2020_____ *nunc pro tunc* to June 30, 2017.



**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**